**Petition for Writ of Mandamus Denied and Memorandum Opinion filed March 5, 2019.**



**In The**

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

**NO. 14-19-00156-CV**

**IN RE JILL KATHRYN PETERSON, Relator**

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**308th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-58639**

## MEMORANDUM OPINION

On February 25, 2019, relator Jill Kathryn Peterson filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Gloria E.

Lopez, presiding judge of the 308th District Court of Harris County, to set aside her February 13, 2019 order granting the motion to disqualify relator's counsel.

Relator has not established that she is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Christopher, Hassan, and Poissant.